UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:22-cv-00297

**Jason Eidam,**
*Plaintiff,*

v.

**David Faught et al.,**
*Defendants.*

# ORDER

Plaintiff Jason Eidam, an inmate of the Henderson County Jail, proceeding pro se, filed a civil rights lawsuit under 42 U.S.C. § 1983 alleging violations of his constitutional rights. The case was referred this case to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b).

On August 1, 2023, the magistrate judge issued a report recommending that the defendants' motion for summary judgment (Doc. 22) be granted and that this case be dismissed with prejudice. Doc. 41. To date, no objections have been filed.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report and being satisfied that it contains no clear error, the court accepts its findings and recommendation. The defendants' motion (Doc. 22) is granted, the plaintiff's motion to produce (Doc. 37) is denied, and the court dismisses this case with prejudice.

*So ordered by the court on September 5, 2023.*

J. CAMPBELL BARKER
United States District Judge